# UNITED STATES DISTRICT COURT
## District of Minnesota

Matthew Scarlett

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.  Case Number: 16-cv-2925 (JRT/LIB)

Jonathan White, Cult of 8, Inc.,
Gregory Ahn

Defendant(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Defendants' Motion to Dismiss or Transfer, [Docket No. 9], is **GRANTED in Part, DENIED in Part as Moot**, and the case is **TRANSFERRED** to the Northern District of California.

Date:  March 14, 2017

RICHARD D. SLETTEN, CLERK

s/L. Brennan
(By)   L. Brennan , Deputy Clerk